United States Court of Appeals,

Eleventh Circuit.

No. 94-5285.

August URBANEK, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

Jan. 4, 1996.

Appeal from the United States District Court for the Southern District of Florida (No. 92-7149-CIV-WJZ), William J. Zloch, Judge.

Before COX, Circuit Judge, DYER, Senior Circuit Judge, and GOETTEL[*], Senior District Judge.

PER CURIAM:

The district court opinion is reported at 866 F.Supp. 1414. For the reasons enunciated there, which require no elaboration by us, we AFFIRM.

---

[*]Honorable Gerard L. Goettel, Senior U.S. District Judge for the Southern District of New York, sitting by designation.